**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN L. BARBER, SB# 160317
  E-Mail: John.Barber@lewisbrisbois.com
TRACY WEI COSTANTINO, SB# 192847
  E-Mail: Tracy.Costantino@lewisbrisbois.com
ANNA KIM, SB# 292082
  E-Mail: Anna.Kim@lewisbrisbois.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant ABILENE
MOTOR EXPRESS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GRAVESTOCK, individually, and on behalf of other members of the general public similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>ABILENE MOTOR EXPRESS, INC., a Virginia corporation, and DOES 1-10, inclusive,<br><br>        Defendants. | CASE NO. 8:14-cv-00170-JVS-RNB<br><br>The Hon. James V. Selna<br>Courtroom 10C<br><br>**DEFENDANT'S NOTICE OF ERRATA RE MOTION TO DISMISS HEARING DATE**<br><br>Hearing Date:   March 17, 2014<br>Hearing Time:   1:30 p.m.<br>Courtroom:      10C<br><br>Action Filed:   December 19, 2013<br>Trial Date:     None Set |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4811-5793-8456.1

DEFENDANT'S NOTICE OF ERRATA RE MOTION TO DISMISS HEARING DATE

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Defendant Abilene Motor Express, Inc.'s Notice of Motion and Motion to Dismiss Plaintiff Larry Gravestock's Meal and Rest Break Claims Pursuant to Federal Rule of Civil Procedure Rule 12(b)(6), and Request for Judicial Notice in support thereof incorrectly indicated the hearing date as March 10, 2014.  The correct hearing date is **March 17, 2014**.

DATED: February 12, 2014     Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: _/s/_____
John L. Barber
Tracy Wei Costantino
Anna Kim
Attorneys for Defendant Abilene Motor Express, Inc.

# FEDERAL COURT PROOF OF SERVICE

Larry Gravestock v. Abilene Motor Express, Inc. - File No. 32571.145

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, CA 90012. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On February 12, 2014, I served the following document(s): **DEFENDANT'S NOTICE OF ERRATA RE MOTION TO DISMISS HEARING DATE**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Shawn C. Westrick, Esq.<br>E-mail: swestrick@kswlawyers.com<br>Timothy P. Hennessy, Esq.<br>E-mail: thennessy@kswlawyers.com<br>KAWAHIT SHRAGA & WESTRICK LLP<br>1990 S. Bundy Drive, Suite 280<br>Los Angeles, California 90025<br>Telephone: (310) 746-5300<br>Facsimile: (310) 593-2520 | Attorneys for Plaintiff and Class Members<br>LARRY GRAVESTOCK |

The documents were served by the following means:

☒ (BY E-MAIL OR ELECTRONIC TRANSMISSION)  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent from e-mail address jennie.gonzalez@lewisbrisbois.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on February 12, 2014, at Los Angeles, California.

_Jennie Gonzalez_

4811-5793-8456.1

DEFENDANT'S NOTICE OF ERRATA RE MOTION TO DISMISS HEARING DATE