**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN L. BARBER, SB# 160317
  E-Mail: John.Barber@lewisbrisbois.com
TRACY WEI COSTANTINO, SB# 192847
  E-Mail: Tracy.Costantino@lewisbrisbois.com
ANNA KIM, SB# 292082
  E-Mail: Anna.Kim@lewisbrisbois.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant ABILENE MOTOR EXPRESS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GRAVESTOCK, individually, and on behalf of other members of the general public similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>ABILENE MOTOR EXPRESS, INC., a Virginia corporation, and DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO. 8:14-cv-00170-JVS-RNB<br><br>The Hon. James V. Selna<br>Courtroom 10C<br><br>**DEFENDANT ABILENE MOTOR EXPRESS, INC.'S NOTICE OF EX PARTE APPLICATION FOR ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>Hearing Date:   March 17, 2014<br>Hearing Time:   1:30 p.m.<br>Courtroom:       10C<br><br>Action Filed:     December 19, 2013<br>Trial Date:       None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    NOTICE IS HEREBY GIVEN that on March 6, 2014, Defendant Abilene Motor Express, Inc. ("Defendant") filed its *Ex Parte* Application for an Order extending the time to file a Reply to Plaintiff Larry Gravestock's ("Plaintiff") Opposition to Defendant's Motion to Dismiss Plaintiff's Meal and Rest Break Claims Pursuant to Federal Rule of Civil Procedure 12(b)(6).

Any opposition to Defendant's *Ex Parte* Application must be filed not later than 24 hours after service of Defendant's *Ex Parte* Application.

DATED: March 6, 2014

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ Anna Kim

Anna Kim
Attorneys for Defendant Abilene Motor Express, Inc.

# FEDERAL COURT PROOF OF SERVICE

Larry Gravestock v. Abilene Motor Express, Inc. - File No. 32571.145

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, CA 90012. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On February 11, 2014, I served the following document(s): **DEFENDANT ABILENE MOTOR EXPRESS, INC.'S NOTICE OF EX PARTE APPLICATION FOR ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

I served the documents on the following persons at the following fax number:

Shawn C. Westrick, Esq.
 E-mail: swestrick@kswlawyers.com
Karen Majovski, Esq.
 E-mail: kmajovski@kswlawyers.com
KAWAHITO SHRAGA
& WESTRICK LLP
1990 S. Bundy Drive, Suite 280
Los Angeles, California 90025
Telephone: (310) 746-5300
**Facsimile: (310) 593-2520**

Attorneys for Plaintiff and Class Members
LARRY GRAVESTOCK

The documents were served by the following means:

☒ (BY FAX TRANSMISSION) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission containing the time, date, and sending fax machine telephone number, which I printed out, is attached.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on March 6, 2014, at Los Angeles, California.

_Jennie Gonzalez_ (signature)
Jennie Gonzalez

---

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

4833-9381-4297.1

DEFENDANT'S EX PARTE APPLICATION FOR ORDER TO EXTEND TIME