**LEWIS BRISBOIS BISGAARD & SMITH** LLP
JOHN L. BARBER, SB# 160317
  E-Mail: John.Barber@lewisbrisbois.com
TRACY WEI COSTANTINO, SB# 192847
  E-Mail: Tracy.Costantino@lewisbrisbois.com
ANNA KIM, SB# 292082
  E-Mail: Anna.Kim@lewisbrisbois.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant ABILENE MOTOR EXPRESS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GRAVESTOCK, individually, and on behalf of other members of the general public similarly situated,<br><br>            Plaintiff,<br><br>      vs.<br><br>ABILENE MOTOR EXPRESS, INC., a Virginia corporation, and DOES 1-10, inclusive,<br><br>            Defendants. | CASE NO. 8:14-cv-00170-JVS-RNB<br><br>The Hon. James V. Selna<br>Courtroom 10C<br><br>**DEFENDANT ABILENE MOTOR EXPRESS, INC.'S EX PARTE APPLICATION FOR ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF ANNA KIM**<br><br>[Filed concurrently with [Proposed] Order]<br><br>Hearing Date:   March 17, 2014<br>Hearing Time:   1:30 p.m.<br>Courtroom:       10C<br><br>Action Filed:   December 19, 2013<br>Trial Date:      None Set |

///

///

///

///

4823-5342-8505.1

1

DEFENDANT'S EX PARTE APPLICATION FOR ORDER TO EXTEND TIME

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Defendant Abilene Motor Express, Inc. ("Defendant") makes this *Ex Parte* Application for an Order extending the time to file a Reply to Plaintiff Larry Gravestock's ("Plaintiff") Opposition to Defendant's Motion to Dismiss Plaintiff's Meal and Rest Break Claims Pursuant to Federal Rule of Civil Procedure 12(b)(6).

Federal Rule of Civil Procedure 6(b) authorizes a court, for good cause, to extend the time to file a Reply. Good cause exists for this Application. Defendant filed a Motion to Dismiss Plaintiff's Meal and Rest Break Claims on February 11, 2014. Plaintiff filed its Opposition to Defendant's Motion to Dismiss on February 24, 2014. As the Motion is set for hearing on March 17, 2014, the deadline for a Reply to be filed was March 3, 2014. Due to a good faith mistake and excusable neglect, the deadline to file the Reply was incorrectly computed as March 10, 2014.

Defendant seeks an order extending the time to file a Reply to Plaintiff's Opposition until March 10, 2014. Issuing such an order will promote judicial economy and efficiency, and allow the instant Motion to be considered on all its merits.

This Application is made pursuant to Local Rules 7-19 and 7-19.1. On March 5, 2014, notice was given to counsel for all parties, set forth below, advising that this Application would be filed:

Shawn C. Westrick, Esq.
   E-mail: swestrick@kswlawyers.com
Karen Majovski, Esq.
   E-mail: kmajovski@kswlawyers.com
1990 S. Bundy Drive, Suite 280
Los Angeles, California 90025
Telephone: (310) 746-5300
Facsimile: (310) 593-2520

///

This Application is supported by this Notice, the Memorandum of Points and Authorities attached, the Declaration of Anna Kim, the Court's files, and such further evidence and argument as the Court may require.

DATED: March 6, 2014

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH** LLP

By: /s/ Anna Kim
Anna Kim
Attorneys for Defendant Abilene Motor Express, Inc.

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

This is a wage and hour class action in which Plaintiff Larry Gravestock ("Plaintiff") alleges Defendant Abilene Motor Express, Inc. ("Defendant") violated numerous California labor laws. On February 11, 2014, Defendant moved to dismiss two of Plaintiff's nine causes of action pursuant to Federal Rule of Civil Procedure 12(b)(6). Plaintiff filed an Opposition to Defendant's Motion to Dismiss on February 24, 2014. The Motion is set for hearing on March 17, 2014, making March 3, 2014 the deadline to file a Reply to Plaintiff's Opposition to the Motion. Defendant now seeks an extension of time to file its Reply.

## II. GOOD CAUSE EXISTS TO EXTEND THE TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION

Federal Rule of Civil Procedure 6 provides as follows:

> (1) In General. When an act may or must be done within a specified time, the court may, for good cause, extend the time:
> (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or
> (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

As the herewith filed Declaration of Anna Kim demonstrates, good cause exists to extend the time to respond. Lewis Brisbois Bisgaard & Smith LLP utilizes an electronic system called "eDockets," which manages and automatically generates critical court dates and filing deadlines, in accordance to applicable court rules. [See Declaration of Anna Kim ("Kim Decl.") ¶ 3.] Thus, when the instant action was first filed in the Orange County Superior Court, eDockets generated critical dates and deadlines in accordance to California state court and local rules. [Kim Decl. ¶ 3.] When the matter was removed to federal court on February 5, 2014, however, due to an irregular error, the case was not updated on eDockets to be

1 managed under the federal court rules. [Kim Decl. ¶ 3.] As such, the deadline to
2 file the Reply to Plaintiff's Opposition was incorrectly calendared as March 10,
3 2014 (under the state rules), as opposed to March 3, 2014 (under the federal rules).
4 [Kim Decl. ¶ 3.]

5 As this error was due to mistake and/or excusable neglect, and was entirely in
6 good faith, upon realizing the error, counsel for Defendant immediately attempted to
7 obtain a stipulation for an extension directly from Plaintiff's counsel to file the
8 Reply. [Kim Decl. ¶ 4.] Counsel for Defendant also informed Plaintiff's counsel of
9 their intent to seek ex parte relief. [Kim Decl. ¶ 4.] However, Plaintiff's counsel
10 refused to stipulate. [Kim Decl. ¶ 4.] Thus, counsel for Defendant decided to seek
11 ex parte relief from this Court to respond to Plaintiff's Opposition.

12 If the Court grants the relief requested, Plaintiff will not be prejudiced as
13 Plaintiff suggests. The filing of Defendant's Reply does not require any further
14 filings on behalf of Plaintiff as no sur-reply is mandated or even allowed.
15 Defendant has not, and does not, in any way intend to use the extended time to
16 Plaintiff's disadvantage. This does, however, affect the Court in terms of time to
17 review all filings in preparation of issuing a ruling. Should this be the case,
18 Defendant would suggest continuing the hearing to a date more convenient to the
19 Court in order to accommodate this request.

20 Moreover, the instant Motion is a substantive motion in this class action
21 litigation that will have a significant impact on both Defendant and the putative
22 class members. Granting the relief requested will thus allow this matter to be
23 considered on its merits. Further, as Defendant's proposed Motion to Dismiss is
24 meritorious, granting the relief requested will promote judicial economy and
25 efficiency by expediting the resolution of Plaintiff's claims.
26 / / /
27 / / /
28 / / /

## III. CONCLUSION

Based on the foregoing, Defendant respectfully requests that this Court grant the relief requested and extend the time to respond to Plaintiff's Opposition to Defendant's Motion to Dismiss until March 10, 2014.

DATED: March 6, 2014

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: _____
Anna Kim
Attorneys for Defendant Abilene Motor Express, Inc.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN L. BARBER, SB# 160317
  E-Mail: John.Barber@lewisbrisbois.com
TRACY WEI COSTANTINO, SB# 192847
  E-Mail: Tracy.Costantino@lewisbrisbois.com
ANNA KIM, SB# 292082
  E-Mail: Anna.Kim@lewisbrisbois.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant ABILENE MOTOR EXPRESS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GRAVESTOCK, individually, and on behalf of other members of the general public similarly situated,<br><br>              Plaintiff,<br><br>    vs.<br><br>ABILENE MOTOR EXPRESS, INC., a Virginia corporation, and DOES 1-10, inclusive,<br><br>              Defendants. | CASE NO. 8:14-cv-00170-JVS-RNB<br><br>The Hon. James V. Selna<br>Courtroom 10C<br><br>**DECLARATION OF ANNA KIM IN SUPPORT OF DFENDANT ABILENE MOTOR EXPRESS, INC.'S EX PARTE APPLICATION FOR ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>Hearing Date:  March 17, 2014<br>Hearing Time:  1:30 p.m.<br>Courtroom:     10C<br><br>Action Filed: December 19, 2013<br>Trial Date:   None Set |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

4833-1156-4825.1

DECLARATION OF ANNA KIM IN SUPPORT OF DEFENDANT'S EX PARTE APPLICATION FOR ORDER TO EXTEND TIME

## DECLARATION OF ANNA KIM

I, Anna Kim, declare as follows:

1. I am an attorney at law, duly licensed to practice before all of the Courts of the State of California and am an associate with the law firm of Lewis Brisbois Bisgaard & Smith LLP, attorneys of record for ABILENE MOTOR EXPRESS, INC. ("Defendant"). I am one of the attorneys principally responsible for the instant matter. All of the facts set forth in this Declaration are of my own personal knowledge and I could and would competently testify thereto.

2. This declaration is submitted in support of Defendant's Ex Parte Application for an order to extend the time for Defendant to file a Reply to Plaintiff Larry Gravestock's ("Plaintiff") Opposition to Defendant's Motion to Dismiss (hereinafter "Application").

3. My firm, Lewis Brisbois Bisgaard & Smith LLP, utilizes an electronic system called "eDockets," which manages and automatically generates critical court dates and filing deadlines, in accordance to applicable court rules. Thus, when the instant action was first filed in the Orange County Superior Court, eDockets generated critical dates and deadlines in accordance to California state court and local rules. When the matter was removed to federal court on February 5, 2014, however, eDockets did not update the case to be managed under the federal court rules. As such, the deadline to file the Reply to Plaintiff's Opposition was incorrectly calendared as March 10, 2014 (under the state rules), as opposed to March 3, 2014 (under the federal rules).

4. Due to mistake, inadvertence and/or excusable neglect, I first became aware of this situation on March 5, 2014, upon communication with Plaintiff's counsel. I immediately sent Plaintiff's counsel a letter via electronic mail, attempting to obtain a stipulation from Plaintiff's counsel for an extension of time to file Defendant's Reply to Plaintiff's Opposition to the Motion. I also informed Plaintiff's counsel of my intent to file an ex parte application for an order to extend

the time to file a Reply. I explained that this was an honest calendaring error.

5. Plaintiff's counsel refused to stipulate to extending the time for Defendant to file a Reply. Plaintiff's counsel expressed concern that such an extension of time would be unfair to Plaintiff.

6. I have not, and do not, in any way intend to use the extension of time to prejudice or disadvantage Plaintiff with regard to the instant Motion.

7. It is respectfully submitted that the Court should grant an extension of time for Defendant to file its Reply to Plaintiff's Opposition to the Motion to Dismiss, so that the matter will be considered on its merits. The instant Motion is a substantive motion in this class action litigation that will have a significant impact on both Defendant and the putative class members. Defendant respectfully seeks the opportunity to properly assert all arguments and defenses to which it is legally entitled, in response to Plaintiff's Opposition.

8. Defendant has not previously filed any applications for an order extending the time for the filing of a motion, opposition, or reply brief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on March 6, 2014 at Los Angeles, California.

Anna Kim

4833-1156-4825.1

3

DECLARATION OF ANNA KIM IN SUPPORT OF DEFENDANT'S EX PARTE APPLICATION FOR ORDER TO EXTEND TIME

# FEDERAL COURT PROOF OF SERVICE

Larry Gravestock v. Abilene Motor Express, Inc. - File No. 32571.145

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, CA 90012. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On March 6, 2014, I served the following document(s): **DEFENDANT ABILENE MOTOR EXPRESS, INC.'S EX PARTE APPLICATION FOR ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF ANNA KIM**

I served the documents on the following persons at the following fax number:

| | |
|---|---|
| Shawn C. Westrick, Esq.<br>E-mail: swestrick@kswlawyers.com<br>Karen Majovski, Esq.<br>E-mail: kmajovski@kswlawyers.com<br>KAWAHITO SHRAGA<br>& WESTRICK LLP<br>1990 S. Bundy Drive, Suite 280<br>Los Angeles, California 90025<br>Telephone: (310) 746-5300<br>**Facsimile: (310) 593-2520** | Attorneys for Plaintiff and Class Members<br>LARRY GRAVESTOCK |

The documents were served by the following means:

☒ (BY FAX TRANSMISSION) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission containing the time, date, and sending fax machine telephone number, which I printed out, is attached.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on March 6, 2014, at Los Angeles, California.

Jennie Gonzalez

4823-5342-8505.1

DEFENDANT'S EX PARTE APPLICATION FOR ORDER TO EXTEND TIME