UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 14-170 JVS (RNBx) | Date | March 7, 2014 |
| Title | Larry Gravestock v. Abilene Motor Express, Inc., et al. | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers)   **Order Staying Defendant's Motion to Dismiss**

     Defendant Abilene Motor Express, Inc. ("Abilene") moves for the dismissal of Plaintiff Larry Gravestock's ("Gravestock's") claims that Abeline failed to provide adequate meal and rest break periods in accordance with California Labor Code §§ 226.7 and 512 pursuant to Federal Rule of Civil Procedure 12(b)(6). (Motion to Dismiss ("Mot."), Docket No. 7.) More specifically, Abilene argues that these claims are preempted by the Federal Aviation Administration Authorization Act of 1994 ("FAAA Act"). (Id. at 1.) Gravestock filed a timely opposition. (Opposition to Motion to Dismiss ("Opp'n"), Docket No. 13.) The hearing on the Motion to Dismiss is currently set for March 17, 2014.

     On March 3, 2014, the Ninth Circuit heard oral arguments in Dilts v. Penske Logistics LLC, No. 12-55705 (9th Cir. filed Apr. 19, 2012), which raises the issue of FAAA Act preemption of California's meal and rest break laws. The power to stay proceedings is soundly within the Court's discretion and is incidental to the "power inherent in every court to manage the schedule of cases on its docket to ensure fair and efficient adjudication." Landis v. North American Co., 299 U.S. 248, 254-55 (1936). Given that the Ninth Circuit will soon issue an opinion dealing with the preemption issue raised by Abilene's Motion to Dismiss, the Court finds it proper to hold Abeline's Motion in abeyance until that time.

     The Court hereby stays Abilene's Motion to Dismiss pending the Ninth Circuit's decision in Dilts. Following that decision, the Court will reset this Motion. At that time,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 14-170 JVS (RNBx)   Date  March 7, 2014

Title  Larry Gravestock v. Abilene Motor Express, Inc., et al.

the parties will be permitted to file limited additional briefing in order to address the Ninth Circuit's decision.

    IT IS SO ORDERED.

                                                    : 00

Initials of Preparer  kjt