UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 14-170 JVS (RNBx) | Date | May 19, 2015 |
| Title | Larry Gravestock v. Abilene Motor Express, Inc., et al. | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Shawn Westrick | Tracy Wei Costantino |

**Proceedings:**   **Scheduling Conference**

      Cause called and counsel make their appearances.  The Court and counsel confer regarding ruling in *Dilts* case.  The Court vacates the Scheduling Conference to be reset after a ruling in the *Dilts* case   The Court directs counsel to file a notice of the ruling in the *Dilts* case within 10 days of the ruling if it is not a published opinion.

| | : | 05 |
|---|---|---|
| Initials of Preparer | kjt | |