KAWAHITO WESTRICK LLP
SHAWN C. WESTRICK (BAR NO. 235313)
10474 Santa Monica Blvd., Suite 405
Los Angeles, California 90025
Phone: (310) 746-5300
Fax: (310) 593-2520
E-Mail: swestrick@kswlawyers.com

Attorneys for Plaintiff and Class Members

**LEWIS BRISBOIS BISGAARD & SMITH** LLP
JOHN L. BARBER, SB# 160317
  E-Mail: John.Barber@lewisbrisbois.com
TRACY WEI COSTANTINO, SB# 192847
  E-Mail: Tracy.Costantino@lewisbrisbois.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant ABILENE MOTOR EXPRESS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GRAVESTOCK, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ABILENE MOTOR EXPRESS, INC., a Virginia corporation, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 8:14-cv-00170-JVS-RNB<br><br>The Hon. James V. Selna<br>Courtroom 10C<br><br>**STIPULATION TO CONTINUE CLASS CERTIFICATION DEADLINES**<br><br>Action Filed: December 19, 2013<br>Trial Date: None Set |

1  Plaintiff Larry Gravestock ("Plaintiff") and Defendant Abilene Motor
2  Express, Inc. ("Defendant"), through their respective undersigned counsel, hereby
3  respectfully stipulate as follows:
4  WHEREAS, on September 22, 2015, the parties agreed to mediate the
5  claims alleged in this case prior to briefing (and the Court hearing) Plaintiff's
6  anticipated Motion for Class Certification;
7  WHEREAS, on October 8, 2015, the parties confirmed a mediation date of
8  March 21, 2016, with the parties' agreed-upon mediator, Jeffrey Krivis of First
9  Mediation, which was his first available mediation date;
10  WHEREAS, on March 21, 2016, the parties engaged in a full-day mediation.
11  While the mediation did not result in a class-wide settlement, the parties made
12  progress on moving towards a resolution of this matter;
13  WHEREAS, as the parties approached the litigation after the mediation,
14  Defendant agreed to supplement and produce a number of additional documents,
15  including the class list, satellite data demonstrating, *inter alia*, the whereabouts of
16  Defendant's trucks during the relevant time period, documents demonstrating its
17  practices as it relates to time worked by class members that was allegedly
18  performed without pay and documents related to Defendant's vacation policies;
19  WHEREAS, Defendant has been working on producing these documents,
20  but as of June has only produced a spreadsheet regarding Defendant's practices
21  related to class members who filled their trucked with gas in California without
22  pay;
23  WHEREAS, Defendant anticipates that it will produce and supplement its
24  discovery responses by July 15, 2016;
25  THEREFORE, the parties hereby stipulate and agree that good cause exists
26  to continue the following class certification deadline and trial-related dates as
27
28

follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Last day for Plaintiff to file Motion for Class Certification | August 2, 2016 | November 1, 2016 |
| Last day for Defendant to file Opposition to Class Certification | August 9, 2016 | November 8, 2016 |
| Last day for Plaintiff to file Reply for Class Certification | August 16, 2016 | November 15, 2016 |
| Hearing date for Motion for Class Certification | August 30, 2016, 1:30 p.m. | November 29, 2016, 1:30 p.m. |

**IT IS SO STIPULATED.**

I, Shawn C. Westrick, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

DATED: June 13, 2016                    Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH** LLP

By: /s/ Tracy Wei Costantino

STIPULATION TO CONTINUE CLASS CERTIFICATION
8:14-cv-00170-JVS-RNB

|   |   |
|---|---|
| 1 | John L. Barber |
| 2 | Tracy Wei Costantino |
|   | Attorneys for Defendant Abilene Motor |
| 3 | Express, Inc. |

DATED: June 13, 2016        Respectfully submitted,

**KAWAHITO WESTRICK LLP**


By: \s\ Shawn C. Westrick
    Shawn C. Westrick
    Attorneys for Plaintiff Larry Gravestock