# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 14-0170-JVS (KESx) | Date | July 27, 2017 |
|---|---|---|---|
| Title | Larry Gravestock v. Abilene Motor Express, Inc., et al. | | |

| Present: The Honorable | Karen E. Scott, United States Magistrate Judge |
|---|---|
| Jazmin Dorado | CS 7/27/17 |
| Deputy Clerk | Court Reporter / Recorder |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Sean Westrick | Tracy Constantino |

**Proceedings:** Telephonic Discovery Conference

Case is called. Counsel state their appearances telephonically.

Court and counsel confer. The Court sets a further telephonic conference for Monday, August 7, 2017, at 9:30 a.m.

|  |  | 00 | : | 23 |
|---|---|---|---|---|
|  | Initials of Preparer | | JD | |