SHAWN C. WESTRICK (SBN 235313)
Email: swestrick@westricklawfirm.com
WESTRICK LAW FIRM, P.C.
11075 Santa Monica Blvd., Ste. 125
Los Angeles, California 90025
Telephone: (310) 746-5303
Facsimile: (310) 943-3373

Attorneys for Plaintiff
and Class Members

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN L. BARBER, SB# 160317
  E-Mail: John.Barber@lewisbrisbois.com
TRACY WEI COSTANTINO, SB# 192847
  E-Mail: Tracy.Costantino@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile:  213.250.7900

Attorneys for Defendant ABILENE
MOTOR EXPRESS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| LARRY GRAVESTOCK, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ABILENE MOTOR EXPRESS, INC., a Virginia corporation, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 8:14-cv-00170-JVS-KES<br><br>The Hon. James V. Selna<br>Courtroom 10C<br><br>**ORDER GRANTING STIPULATION TO CONTINUE CLASS CERTIFICATION DEADLINES AND TRIAL AND RELATED DATES**<br><br><br>Action Filed:  December 19, 2013<br>Trial Date:      March 6, 2018 |

4837-3510-5869.1

1

[PROPOSED] ORDER CONTINUING CLASS CERTIFICATION AND TRIAL RELATED DATES
8:14-cv-00170-JVS-KES

# ORDER

Having considered the Parties' Stipulation to Continue Class Certification and Trial Related Dates, the Court finds, good cause appearing, that the certification and trial related deadlines should be continued as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Last day for Plaintiff to file Motion for Class Certification | October 16, 2017 | January 15, 2018 |
| Last day for Defendant to file Opposition to Class Certification | October 23, 2017 | January 29, 2018 |
| Last day for Plaintiff to file Reply for Class Certification | October 30, 2017 | February 12, 2018 |
| Hearing date for Motion for Class Certification | November 13, 2017, 1:30 p.m. | February 26, 2018, 1:30 p.m. |

PROPOSED TRIAL DATE AND RELATED DATES

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Jury Trial | March 6, 2018, 8:30 a.m. | June 5, 2018, 8:30 a.m. |
| Final Pre-Trial Conference* | February 19, 2018, 11:00 a.m. | May 21, 2018, 11:00 a.m. |
| Discovery Cut-off | November 15, 2017 | April 6, 2018 |
| Expert Discovery Cut-off** | December 12, 2017 | May 4, 2018 |

| Law and Motion Cut-off*** | January 22, 2018, 1:30 p.m. | May 7, 2018, 1:30 p.m. |
|---|---|---|

* File PreTrial Documents not later than May 14, 2018 and motions in limine not later than April 23, 2018

** Initial disclosures of Experts not later than March 6, 2018, and rebuttal disclosure of Experts not later than April 6, 2018

***Motions to be filed and served not later than April 9, 2018

**IT IS HEREBY ORDERED THAT:**

The class certification and trial related dates as proposed above are now the new dates and deadlines for class certification and trial.

Dated: September 05, 2017   _____
James V. Selna
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28