**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN L. BARBER, SB# 160317
  E-Mail: John.Barber@lewisbrisbois.com
PAUL MATA, SB# 256642
  E-Mail: Paul.Mata@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant ABILENE MOTOR EXPRESS, INC.

**THE WESTRICK LAW FIRM PC**
SHAWN C. WESTRICK, SB# 235313
  E-Mail: swestrick@westricklawfirm.com
11075 Santa Monica Blvd., Suite 125
Los Angeles, California 90025
Telephone: 310.746.5303
Facsimile: 310.943.3373

Attorneys for Plaintiff LARRY GRAVESTOCK.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| LARRY GRAVESTOCK, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ABILENE MOTOR EXPRESS, INC., a Virginia corporation, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 8:14-cv-00170-JVS-KES<br><br>**NOTICE OF SETTLEMENT PURSUANT TO LOCAL RULE 16-15.7**<br><br>The Hon. James V. Selna<br><br><br>Action Filed:  December 19, 2013<br>Trial Date:    June 5. 2018 |

4852-9014-9216.1

1

NOTICE OF SETTLEMENT PURSUANT TO LOCAL RULE 16-15.7

**TO ALL PARTIES AND THE HONORABLE COURT IN THE ABOVE ENTITLED ACTION:**

PLEASE TAKE NOTICE THAT Plaintiff LARRY GRAVESTOCK and Defendant ABILENE MOTOR EXPRESS, INC. (collectively the "Parties"), have participated in informal settlement negotiations and have come to a resolution of this matter. The Parties intend to file a Stipulation for Dismissal with Prejudice of all claims after the execution of a formal settlement agreement.

DATED: March 23, 2018        THE WESTRICK LAW FIRM PC


By: /s/ Shawn C. Westrick
Shawn C. Westrick
Attorneys for Plaintiff LARRY GRAVESTOCK.

DATED: March 23, 2018        LEWIS BRISBOIS BISGAARD & SMITH LLP


By: /s/ Paul Mata
Paul Mata
Attorneys for Defendant ABILENE MOTOR EXPRESS, INC.